UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brianna Chivon Miller**　　　　　　　　　　　　　　　**Docket No. 5:19-CR-395-13D**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brianna Chivon Miller, who, upon an earlier plea of guilty to 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(D), and 21 U.S.C. § 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 3, 2020, to the custody of the Bureau of Prisons for a term of 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brianna Chivon Miller was released from custody on December 3, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalysis sample which tested positive for marijuana on December 30, 2020. The defendant admitted to using marijuana on December 30, 2020. The defendant agreed to participate in substance abuse treatment to address her substance abuse issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: January 14, 2021 |

Brianna Chivon Miller
Docket No. 5:19-CR-395-13D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __January__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge